

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-16-00848-CV

Trial Court Cause
Number:  2014-10394

Style:  Lion Copolymer Holdings, LLC

**v.** Lion Polymers, LLC

Date motion filed*:  July 27, 2018

Type of motion:  Motion for Rehearing

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/** Sherry Radack
☐ Acting individually  ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Date: __December 21, 2018___